IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00050-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KHALIF F. SHEPARD,

       Defendant.
_____

# ORDER
_____

THIS MATTER comes before the Court on the Motion for Sentencing Relief Pursuant to 18 U.S.C. §3582(c)(2) (Motion) **(#39)** filed by the Office of the Public Defender by and through Edward Pluss, who has entered its appearance in this matter. Having reviewed the Motion,

**IT IS ORDERED** that the Government shall have up to and including **March 22, 2008**, in which to respond to the Motion. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **April 22, 2008.**

DATED this 12th day of March, 2008.

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge