IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00050-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    KHALIF F. SHEPARD,

        Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **July 2, 2008,** at **9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address: (1) when and how long of an evidentiary hearing needs to be set to determine whether Defendant is eligible for a reduction in sentence under 18 U.S.C. § 3582(c) due to the amendment of the crack cocaine sentencing guideline; (2) whether the Defendant needs to be present at any such evidentiary hearing; and (3) how long is would take to bring the Defendant to appear in person before this Court.

    This is a scheduling hearing for which the Defendant does not need to appear. Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 17th day of June, 2008.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge