## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: November 10, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Caryl Ricca | |

Criminal Action No. 04-cr-00050-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  David Conner

      Plaintiff,

v.

KHALIF F. SHEPARD,  Edward Pluss

      Defendant.

## RE-SENTENCING MINUTES

**9:19 a.m.**    **Court in session**.

Defendant's appearance is waived (**Doc. #49**).

**Hearing is pursuant to defendant's Motion for Retroactive Application of Sentencing Guidelines (Doc. #39).**

Defendant was originally sentenced on October 4, 2004.

The Court addresses the recalculation of the sentence by the parties.

There is no objection to the Probation Department's recommendation.

Oral findings are made of record.

**ORDER:**    The Court finds that a reduction is appropriate under 18 U.S.C. Section 3582(c) and re-sentences the defendant to an incarceration period of 121 months. This constitutes a total sentence on the adjusted offense levels for Counts 1 and 2. All other terms and conditions of the prior sentence will remain in force and effect.

**9:26 a.m.**    **Court in recess.**

Total Time:   7 minutes.
Hearing concluded.